IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00404 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| RICHARD J. MESLER, | |
| Defendant. | |

On March 11, 2011, the Court entered judgment in this case and ordered that defendant pay restitution in the amount of $465,519.15 to payee Deutsche Bank National Trust Company as Trustee for Long Beach Mortgage. The Court determined that defendant Mesler was liable for the restitution penalty jointly and severally with Judy Yeung, an alleged co-conspirator convicted in a separate action. *See United States v. Judy Yeung*, CR-09-376-01-SI. Defendant Yeung appealed her conviction to the United States Court of Appeals for the Ninth Circuit, which vacated the Long Beach Mortgage restitution order and remanded the case to this Court for further evidentiary proceedings. *See United States v. Judy Yeung*, 672 F.3d 594 (9th Cir. 2012). Upon remand, the government conceded that it could not provide an evidentiary basis to support the Long Beach Mortgage restitution award. Accordingly, this Court entered an amended judgment as to defendant Yeung striking the Long Beach Mortgage amount from her restitution penalty. *See United States v. Judy Yeung*, CR-09-376-01-SI, Docket No. 272.

Because the government admittedly cannot provide an evidentiary basis for the Long Beach Mortgage restitution award in defendant Yeung's case, the Court is inclined to strike the related penalty from defendant Mesler's judgment. Therefore, the Court hereby **orders the United States to show**

**cause in writing to be filed no later than May 10, 2013 why the Court should not enter an amended judgment striking the $465,519.15 from defendant Mesler's restitution penalty.**

**IT IS SO ORDERED.**

Dated: April 25, 2013

SUSAN ILLSTON
United States District Judge